UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KEVIN RICHARDSON,

                Petitioner,

v.

RUSSELL,

                Respondents.

Case No. 2:23-cv-00037-ART-EJY

ORDER

On January 26, 2023, this Court instructed Petitioner Kevin Richardson to file a second amended petition for writ of habeas corpus and update his address within 45 days. (ECF No. 32.) In that order, the Court noted that "[t]he state corrections department's inmate locator page states that the name Kevin Richardson is an alias used by Daniel W. Beard." (*Id.* at 1 n.1.) Indeed, Petitioner's inmate number is associated with Daniel W. Beard. On January 30, 2023, this Court's January 26, 2023, order was returned as undeliverable with the notation "offender paroled." (ECF No. 33.) Due to Petitioner apparently using his alias, the Court will send a courtesy copy of the January 26, 2023, order and its attachment to Daniel W. Beard.

It is therefore ordered that the Clerk of the Court send a one-time courtesy copy of (1) this order, (2) this Court's January 26, 2023, order (ECF No. 32), and (3) the attachment to the January 26, 2023, order (ECF No. 32-1) to Daniel W. Beard at High Desert State Prison.

It is further ordered that the deadlines set by this Court's January 26, 2023, order (ECF No. 32) remain in effect.

DATED THIS 3rd day of February 2023.

                                                                                                                                             
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE